IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cross, Ada B | Case Number: 06 B 15609 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 11/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 840.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 799.68 |
| Trustee Fee: | | 40.32 |
| Other Funds: | | 0.00 |
| Totals: | 840.00 | 840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bizar & Doyle LLC | Administrative | 2,200.00 | 799.68 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 33,961.57 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,570.64 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 33.86 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 1,166.46 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 50.63 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 642.11 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 183.73 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 29.23 | 0.00 |
| 11. | Ira T Nevel | Secured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Credit Union One | Unsecured | | No Claim Filed |
| 16. | Collection Services Division | Unsecured | | No Claim Filed |
| 17. | One Click Cash | Unsecured | | No Claim Filed |
| | | | $ 39,838.23 | $ 799.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 40.32 |
| | $ 40.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cross, Ada B | Case Number:  06 B 15609 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  11/29/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

